## 27718. GIVENS v. AULT.

DECIDED MARCH 8, 1973.

Tommy Thois Givens, *pro se.*

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr. Executive Assistant Attorney General, Courtney Wilder Stanton, David J. Bailey, Assistant Attorneys General,* for appellee.

## 27754. LAVENDER v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 8, 1973.

Artis Lavender, *pro se.*

*Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant Attorney General, Courtney Wilder Stanton, Assistant Attorney General, B. Dean Grindle, Jr.,* for appellee.

## 27753. HAYNES v. CALDWELL.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*